GARY M. RESTAINO
United States Attorney
District of Arizona
NATHANIEL J. WALTERS
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

**FILED**

2024 APR 10  PM 4: 46

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR24-01830 TUC-RCC(BGM)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. |
| | |
| Plaintiff, | **I N D I C T M E N T** |
| | |
| vs. | VIO: 18 U.S.C. § 554(a) |
| | (Smuggling Goods from the United States) |
| Armando Alfonso Pacheco-Guerrero, | Count 1 |
| | |
| Defendant. | 18 U.S.C. §§ 933(a)(2) & (b) (Felony Receipt of a Firearm) Count 2 |
| | |
| | 18 U.S.C. § 924(k)(2) (Conspiracy to Smuggle Firearms Out of the United States) Count 3 |
| | |
| | 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); 50 U.S.C. § 4819(d)(1)(C) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about March 13, 2024, in the District of Arizona, Defendant ARMANDO ALFONSO PACHECO-GUERRERO, knowingly attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is:

- One (1) 9mm Beretta M94A Pistol;

- Three (3) 9mm Glock Magazines;

- One (1) 9mm Beretta Magazine;

knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 736.2; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738.

In violation of Title 18, United States Code, Section 554(a).

## COUNT 2

On or about March 13, 2024, in the District of Arizona, Defendant ARMANDO ALFONSO PACHECO-GUERRERO did receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, to wit:

- One (1) 9mm Beretta M94A Pistol;

knowing or having reasonable cause to believe that such receipt would constitute a felony, to wit: Title 18, United States Code, Section 554(a), Smuggling Goods from the United States.

In violation of Title 18, United States Code, Sections 933(a)(2) & (b).

## COUNT 3

On or about March 13, 2024, in the District of Arizona, Defendant ARMANDO ALFONSO PACHECO-GUERRERO did knowingly conspire to smuggle or take out of the United States firearms, to wit:

- One (1) 9mm Beretta M94A Pistol;

with the intent to engage in or to promote conduct that constitutes a felony, to wit: Title 18, United States Code, Sections 554(a) and 2, Smuggling Goods from the United States and Aiding and Abetting.

In violation of Title 18, United States Code, Section 924(k)(2).

/ / /

/ / /

/ / /

*United States of America v. Armando Alfonso Pacheco-Guerrero*
*Indictment Page 2 of 4*

**FORFEITURE ALLEGATION**

Upon conviction of Count One of the Indictment, the defendant, ARMANDO ALFONSO PACHECO-GUERRERO, shall forfeit to the United States any firearms and ammunition involved in the commission of the offense, pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and, any property constituting an item that is exported or intended to be exported, pursuant to Title 50, United States Code, Section 4819(d)(1)(C), including, but not limited to: One (1) 9mm Beretta M9A4 Pistol, bearing serial number BER807446; Three (3) 9mm Glock Magazines; One (1) 9mm Beretta Magazine.

Upon conviction of Counts Two through Three of the Indictment, the defendant, ARMANDO ALFONSO PACHECO-GUERRERO, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: One (1) 9mm Beretta M9A4 Pistol, bearing serial number BER807446.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

///

*United States of America v. Armando Alfonso Pacheco-Guerrero*
*Indictment Page 3 of 4*

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), Title 50, United States Code, Section 4819(d)(1)(C), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/ s /

FOREPERSON OF THE GRAND JURY
Dated: April 10, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/ s /

NATHANIEL J. WALTERS
Assistant United States Attorney

*United States of America v. Armando Alfonso Pacheco-Guerrero*
*Indictment Page 4 of 4*